

# NUMBER 13-12-00692-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

TOTAL COMMITMENT LLC, TOTAL
COMMITMENT CONSTRUCTION, LLC,
AND TOTAL COMMITMENT IN MINISTRIES,                          Appellants,

v.

MJJS CORPORATION,                                            Appellee.

## On Appeal from the County Court at Law No. 8
of Hidalgo County, Texas.

## MEMORANDUM OPINION

### Before Justices Garza, Benavides, and Perkes
### Memorandum Opinion Per Curiam

This appeal was abated by this Court on April 17, 2015, to allow the parties to effectuate a settlement agreement. This cause is now before the Court on an agreed, joint motion for disposition pursuant to settlement. The parties request that this Court dismiss the appeal. Accordingly, this case is REINSTATED.

The Court, having considered the documents on file and the agreed, joint motion for disposition pursuant to settlement, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
4th day of June, 2015.

2